460

No. 12–0524/AR. U.S. v. Bruce L. Kelly. CCA 20090809. Appellee's motion to extend time to file a brief granted, up to and including November 30, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 12–0604/NA. U.S. v. Richard R. Mott. CCA 200900115. On consideration of Appellant's motion for leave to file an additional issue under *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), out of time and motion to file a portion of the joint appendix under seal, it is ordered that said motion for leave to file an additional issue under *United States v. Grostefon* out of time is hereby denied, and that said motion to file a portion of the joint appendix under seal is hereby granted.

No. 13–0016/AR. U.S. v. Daniel Gaskins. CCA 20080132. Appellant's motion to extend time to file a brief granted, up to and including December 7, 2012 and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 13–0116/AR. U.S. v. Travis L. Smith. CCA 20101040. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 5, 2012.

No. 13–0117/AR. U.S. v. Wesley A. Yarbrough. CCA 20110987. Appellant's motion to extend time to file the supplement of the petition for grant of review granted to December 6, 2012.